UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **NORMAN A. MICHAUD,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | File No. 1:13-cv-203-jgm |
| : | |
| **COMMISSIONER OF SOCIAL SECURITY,** : | |
| : | |
| Defendant. : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed March 20, 2014. (Doc. 11.) After <u>de novo</u> review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. <u>See</u> 28 U.S.C. § 636(b)(1).

Plaintiff's motion to reverse the decision of the Commissioner (Doc. 8) is GRANTED in part. Defendant's motion to affirm the decision (Doc. 9) is DENIED. This matter is REMANDED to the Administrative Law Judge for further proceedings and a new decision in accordance with this ruling.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 19th day of August, 2014.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge